

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2015

No. 04-14-00551-CV

Pablo **SOLIZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 14-02-16542-CV
David Wellington Chew, Judge Presiding

# O R D E R

On December 29, 2014, appellant's attorney, Mr. Rick Soliz, filed an appellate brief that did not comply with the Texas Rules of Appellate Procedure because it did not provide appropriate citations to the clerk's record. *See* TEX. R. APP. P. 38.1(d), (g), (i). An appellant's brief must "contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." TEX. R. APP. P. 38.1(i).

On January 5, 2015, this court ordered Mr. Soliz to file an amended brief that complies with these rules no later than January 19, 2015. On January 20, 2015, Mr. Soliz filed a motion requesting an extension of time to file the amended brief. The motion is GRANTED. Mr. Soliz is ORDERED to file the amended brief no later than February 19, 2015. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**. If another noncomplying brief is filed, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *Id.* If appellant fails to timely file an amended brief that complies with Rule 38.1, this court may dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2015.



Keith E. Hottle
Clerk of Court